# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  USA v Carpenter
District Court Case No.  1:04-cr-10029-GAO-1          District of Massachusetts
Date Notice of Appeal filed  04-19-2024           Court of Appeals Case No.  USCA 24-1389
Form filed on behalf of  Daniel E. Carpenter Petitioner pro se

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  ✔

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)

## TRANSCRIPT ORDER

Name of Court Reporter
Phone Number of Reporter

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

PROCEEDING(S)                                    HEARING DATE(S)

- ☐ Jury Voir Dire
- ☐ Opening Statement (plaintiff)
- ☐ Opening Statement (defendant)
- ☐ Trial
- ☐ Closing Argument (plaintiff)
- ☐ Closing Argument (defendant)
- ☐ Findings of Fact/Conclusions of Law
- ☐ Jury Instructions
- ☐ Change of Plea
- ☐ Sentencing
- ☐ Bail hearing
- ☐ Pretrial proceedings (specify)
- ☐ Testimony (specify )
- ☐ Other (specify)

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act.  A CJA Form 24  has been approved by the district court judge.
- ☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Daniel E. Carpenter pro se           Filer's Signature  Daniel E. Carpenter s/s
Firm/Address  18 Pondside Lane West simsbury CT 06092   Filer's Email address  dcarpentermail@gmail.com
Telephone number  860-573-7770              Date mailed to court reporter  Not Applicable

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                           **SEE INSTRUCTIONS ON REVERSE**