OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON  
CLERK

JOHN JOSEPH MOAKLEY  
UNITED STATES COURTHOUSE  
1 COURTHOUSE WAY, SUITE 2500  
BOSTON, MA 02210  
(617) 748-9057

June 14, 2024

Daniel E. Carpenter  
18 Pond Side Ln  
West Simsbury, CT 06092

    Re: <u>US</u> v. <u>Carpenter</u>  
        Appeal No. 24-1389

Dear Daniel E. Carpenter:

    The Court has received your filing submitted electronically on June 12, 2024. Upon review of this filing, it appears that this filing is intended to be your brief in case number 24-1389, <u>United States</u> v. <u>Carpenter</u>, as your brief is due on June 17, 2024 in that case.

    Unless this office is informed otherwise on or before **June 17, 2024**, this filing will be docketed as your brief in case number 24-1389, <u>United States</u> v. <u>Carpenter</u>. If you intend for this filing to be docketed in a different manner, you should clearly explain the type of filing or proceeding that you intend to file.

    I hope that this information is helpful to you.

                                        Sincerely,

                                        Maria R. Hamilton, Clerk