DANIEL E. CARPENTER
PETITIONER *PRO SE*
18 POND SIDE LANE
WEST SIMSBURY, CT.
06092
860-573-7770

Ms. Maria R. Hamilton  June 14, 2024
Clerk of the Court
First Circuit
John Joseph Markley
United States Courthouse

Re: *U.S. v. Carpenter* Appeal No. 24-1389
Permission to Submit Oversized Brief

TO WHOM IT MAY CONCERN:

The Petitioner *pro se* in this case respectfully requests permission to submit a brief of no more than 19,000 words. This is a first request on a new appeal as to Judge O'Toole summarily denying several motions for reconsideration, a motion to vacate Petitioner's conviction, and a petition for a Writ of Coram Nobis filed three years ago that the Government did not respond to. Petitioner has a dozen fundamental constitutional errors and needs the extra space to discuss each of the violations. Thank you for your thoughtful consideration.

Respectfully Submitted,

Daniel E. Carpenter