# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

**Appeal No. 24-1389**

**UNITED STATES OF AMERICA,**
Appellee

v.

**DANIEL E. CARPENTER,**
Defendant-Appellant

## GOVERNMENT'S MOTION FOR AN ORDER STAYING THE BRIEFING SCHEDULE PENDING THE COURT'S RESOLUTION OF THE GOVERNMENT'S <u>MOTION FOR SUMMARY DISPOSITION</u>

The government respectfully moves this Court to stay the briefing schedule in this case pending its decision on the government's motion for summary disposition. In support of this motion, the government states the following:

1. This is the defendant's appeal from his judgment.

2. The government's brief is presently due on July 15, 2024.

3. The government has filed a motion for summary disposition of this appeal. If the Court grants summary disposition, full briefing will be unnecessary. If the Court finds that summary disposition is inappropriate, however, the government wishes to file a brief addressing fully the defendant's appeal.

1

For these reasons, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: /s/ *Donald C. Lockhart*
DONALD C. LOCKHART
Assistant U.S. Attorney

## Certificate of Service

I, Donald C. Lockhart, AUSA, hereby certify that on July 12, 2024, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

Daniel E. Carpenter, *pro se*
18 Pond Side Lane
West Simsbury, CT 06092

/s/ *Donald C. Lockhart*
DONALD C. LOCKHART
Assistant U.S. Attorney