# United States Court of Appeals
## For the First Circuit

No. 24-1389

UNITED STATES,

Appellee,

v.

DANIEL E. CARPENTER,

Defendant - Appellant.

### ORDER OF COURT

Entered: July 24, 2024
Pursuant to 1st Cir. R. 27.0(d)

    Appellee's unopposed motion to stay briefing pending the court's decision on the motion for summary disposition is granted.

By the Court:

Maria R. Hamilton, Clerk

cc:
Mary Beth Murrane
Kelly Begg Lawrence
Donald Campbell Lockhart
Alexandra W. Amrhein
Leslie Wright